**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>                  Plaintiffs,<br>vs.<br><br>MELISSA DATA CORP, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>                  Defendants. | CASE NO.: 24-4292<br><br><br><br><br>**MELISSA DATA CORP.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, Mellisa Data Corp., ("Melissa Data"), by and through its undersigned counsel, states that it is a privately held company and no public company owns 10% or more of its stock.

Dated: Morristown, NJ        By:   */s/ Michael P. P'Mullan*
       March 27, 2024                 Michael P. O'Mullan | Attorney # 029681996
                                                  RIKER DANZIG LLP
                                                  One Speedwell Avenue
                                                  Morristown, NJ 07960
                                                  (973) 538-0800
                                                  momullan@riker.com
                                                  Attorneys for Defendant,
                                                  Melissa Data Corp.