# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**Chambers of**
**Michael A. Hammer**
United States Magistrate Judge

Martin Luther King Jr, Federal Bldg.
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102
(973) 776-7858

April 1, 2024

### RECUSAL LETTER

RE:  **Atlas Data Privacy Corp. v. Melissa Data Corp., et al.
Civil Action No. 24-4292 (EP)**

Dear Counsel:

Please be advised that I am recusing myself from this case. Magistrate Judge Jessica S. Allen will assume all Magistrate responsibilities for this case.

**SO ORDERED.**

 s/ Michael A. Hammer
**Hon. Michael A. Hammer**
**United States Magistrate Judge**