AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| Atlas Data Privacy Corporation, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-4292 |
| Melissa Data Corp., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Melissa Data Corp.

Date:   04/10/2024

/s/ David M. Stewart
*Attorney's signature*

David M. Stewart 408442023
*Printed name and bar number*
Riker Danzig LLP
Headquarters Plaza
One Speedwell Ave.
Morristown, NJ 07962
*Address*

dstewart@riker.com
*E-mail address*

(973) 451-8645
*Telephone number*

(973) 538-1984
*FAX number*