

**Michael P. O'Mullan**
Partner

<u>Direct:</u>
t: 973.451.8477
f: 973.538.1984
momullan@riker.com

Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962-1981

June 10, 2024

<u>Via ECF</u>

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:**   *Atlas Data Privacy Corporation, et al., v. Melissa Data Corp., et al.,*
          ***Case No. 2:24-cv-04292***
          **Joinder in Defendants' Consolidated Motion to Dismiss Plaintiff's Complaint**

Dear Judge Bartle:

This firm represents defendant Melissa Data Corporation ("Defendant") in the above-referenced matter.  We write to advise the Court that Defendant joins the Consolidated Motion to Dismiss Brief, which is being filed today in the action captioned as <u>Atlas Data Privacy Corporation, et al. v. Costar Group, Inc., et al.</u>, Civil Action No. 1:24-cv-4111 (the "Consolidated Motion to Dismiss").  For the reasons set forth in the Consolidated Motion to Dismiss, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,


/s/ *Michael P. O'Mullan*

Michael P. O'Mullan


cc:  All counsel via ECF.

4870-5800-0327, v. 1