

**Michael P. O'Mullan**
Partner

<u>Direct:</u>
t: 973.451.8477
f: 973.538.1984
momullan@riker.com

Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981

September 16, 2024

<u>Via ECF</u>

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:** *Atlas Data Privacy Corporation, et al., v. Melissa Data Corp., et al.,*
*Case No. 2:24-cv-04292*
**Joinder in Defendants' Consolidated Motion to Dismiss Plaintiff's Complaint Reply Brief**

Dear Judge Bartle:

This firm represents defendant Melissa Data Corporation ("Defendant") in the above-referenced matter. We write amend the letter filed by Defendant on September 13, 2024 to reflect the correct docket in which the Consolidated Motion to Dismiss reply brief was filed. The original letter advised the Court that Defendant joins the reply brief that will be filed in in the action captioned as <u>Atlas Data Privacy Corporation, et al. v. Costar Group, Inc., et al.</u>, Civil Action No. 1:24-cv-4111. However, the reply brief was later filed under the action captioned as <u>Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.</u>, Civil Action No. 1:24-cv-4105. Accordingly, we write amend the letter to include the correct caption and docket number under which the consolidated reply brief was filed and to advise the Court that Defendant joins the Consolidated Motion to Dismiss Reply Brief, which was filed on September 13, 2024, in the action captioned as <u>Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.</u>, Civil Action No. 1:24-cv-4105 (the "Reply Brief"). For the reasons set forth in the Reply Brief and the Consolidated Motion to Dismiss moving papers, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Hon. Judge Bartle
September 16, 2024
Page 2

Respectfully submitted,

/s/ *Michael P. O'Mullan*

Michael P. O'Mullan

cc:  All counsel via ECF.

4896-1465-2901, v. 1