RIKER DANZIG LLP
Sarah Heba-Escobar, Esq.
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
*Attorneys for Defendant,*
*Melissa Data Corporation*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>                    Plaintiffs,<br><br>vs.<br><br>MELISSA DATA CORP, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>                    Defendants. | CIVIL ACTION NO:2:24-cv-04292<br><br><br><br><br><br><br><br><br><br><br><br>**NOTICE OF APPEARANCE OF SARAH HEBA-ESCOBAR** |

**PLEASE TAKE NOTICE** that Sarah Heba-Escobar, Esq., of the law firm of

Riker Danzig LLP, being duly admitted to practice law before this Court, hereby

enters an appearance as an additional attorney of record on behalf of Defendant Melissa Data Corp. in the above-captioned matter and requests that all notices and papers required to be served in this case be served and given upon the following:

> Sarah Heba-Escobar, Esq.
> RIKER DANZIG LLP
> Headquarters Plaza
> One Speedwell Avenue
> Morristown, NJ 07962-1981
> Phone: 973-451-8541
> Fax: 973-451-8756
> Email: sheba@RIKER.com.

**RIKER DANZIG LLP**
Defendant Melissa Data Corp.

By: *s/ Sarah Heba-Escobar*
Sarah Heba-Escobar, Esq.

DATED: October 3, 2024

4875-3411-9916, v. 1