

**Michael P. O'Mullan**
Partner

<u>Direct:</u>
t: 973.451.8477
f: 973.538.1984
momullan@riker.com

Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981

October 11, 2024

<u>Via ECF</u>

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   *Atlas Data Privacy Corporation, et al., v. Melissa Data Corp., et al.,*
      **Case No. 2:24-cv-04292**
      **Joinder in Defendants' Supplemental Memorandum of Law in Further Support of Defendants' Consolidated Motion to Dismiss Plaintiff's Complaint**

Dear Judge Bartle:

This firm represents defendant Melissa Data Corporation ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins the Defendants' Supplemental Memorandum of Law in Further Support of Defendants' Consolidated Motion to Dismiss Plaintiff's Complaint (the "Supplemental Memorandum"), which is being filed today by defendant Lightbox Parent, L.P. in the action captioned as <u>Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.</u>, Civil Action No. 1:24-cv-4105. For the reasons set forth in the Supplemental Memorandum and the Consolidated Motion to Dismiss moving papers and reply briefs, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,


/s/ *Michael P. O'Mullan*

Michael P. O'Mullan


cc:  All counsel via ECF.