

Michael P. O'Mullan
Partner

<u>Direct:</u>
t: 973.451.8477
f: 973.538.1984
momullan@riker.com

Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962-1981

March 18, 2025

<u>Via ECF</u>

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

> Re:  *Atlas Data Privacy Corporation, et al., v. Melissa Data Corp., et al.,*
> Case No. No. 1:24-cv-04292-HB
> Joinder in Defendants' Consolidated Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6)

Dear Judge Bartle:

This firm represents defendant Melissa Data Corporation ("Melissa") in the above-referenced matter.  We write to advise the Court that Melissa joins the Consolidated Motion to Dismiss under Fed. R. Civ. P. 12(b)(6), which was filed on March 18, 2025 in the action captioned as *Atlas Data Privacy Corp., et al. v. DM Group Inc., et al.*, No. 1:24-cv 04075 (ECF 59) (the "Consolidated Motion to Dismiss").  For the reasons set forth in the Consolidated Motion to Dismiss, Melissa respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,


/s/ *Michael P. O'Mullan*

Michael P. O'Mullan


cc:  All counsel via ECF.