RIKER DANZIG LLP
Omar Marouf, Esq.
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
*Attorneys for Defendant,*
*Melissa Data Corporation*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>                              Plaintiffs,<br><br>vs.<br><br>MELISSA DATA CORP, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br>                              Defendants. | CIVIL ACTION NO: 1:24-cv-04292<br><br>**NOTICE OF APPEARANCE OF OMAR MAROUF, ESQ.** |

**PLEASE TAKE NOTICE** that Omar Marouf, Esq., of the law firm of Riker Danzig LLP, being duly admitted to practice law before this Court, hereby enters an appearance as an additional attorney of record on behalf of Defendant Melissa Data

Corp. in the above-captioned matter and requests that all notices and papers required to be served in this case be served and given upon the following:

    Omar Marouf, Esq.
    RIKER DANZIG LLP
    Headquarters Plaza
    One Speedwell Avenue
    Morristown, NJ 07962-1981
    Phone: 973-451-8465
    Fax: 973-538-1981
    Email: omarouf@riker.com

                                      **RIKER DANZIG LLP**
                                      Defendant Melissa Data Corp.

                                      By: *s/ Omar Marouf*
                                                Omar Marouf, Esq.

DATED: March 31, 2025