| | |
|---|---|
| **PEM LAW LLP**<br>Rajiv D. Parikh (032462005)<br>Kathleen Barnett Einhorn (040161992)<br>Jessica A. Merejo (288592020)<br>1 Boland Drive, Suite 101<br>West Orange, NJ 07052<br>Tel.: (973) 577-5500<br>rparikh@pemlawfirm.com<br>keinhorn@pemlawfirm.com<br>jmerejo@pemlawfirm.com | **MORGAN & MORGAN**<br>John A. Yanchunis (*pro hac vice* to be filed)<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Tel.: (813) 223-5505<br>jyanchunis@forthepeople.com |

*Attorneys for Plaintiffs Atlas Data Privacy Corporation, Jane Doe-1, a law enforcement officer, Jane Doe-2, a law enforcement officer, Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan and Peter Andreyev*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>MELISSA DATA CORP, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES *1-10, fictitious names of unknown entities*,<br><br>Defendants. | **Civ. Action No.: 1:24-cv-04292**<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, of the law firm of PEM Law LLP, is hereby entering an appearance as co-counsel for Plaintiffs, Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Jane Doe-1 and Jane Doe-2, both law

enforcement officers, Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan and Peter Andreyev in the above-captioned action.

                              **PEM LAW LLP**
                              *Attorneys for Plaintiffs*

                          By: */s/ Jessica A. Merejo*
                              JESSICA A. MEREJO

Dated: April 10, 2025