

Michael P. O'Mullan
Partner

Direct:
t: 973.451.8477
f: 973.538.1984
momullan@riker.com

Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962-1981

May 12, 2025

**Via ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:**   *Atlas Data Privacy Corporation, et al., v. Melissa Data Corp., et al.,*
         **Case No. 1:24-cv-04292**
         **Answers to Interrogatories related to Jurisdictional Discovery**

Dear Judge Bartle:

This firm represents defendant Melissa Data Corporation ("Defendant") in the above-referenced matter.  We write to advise the Court that Defendant joins the letter (the "Letter") filed by defendant *Equimine, Inc.* in the action styled as *Atlas Data Privacy Corp., et al. v. Equimine, Inc.* (No. 24-cv-4261) with respect to the filing of the answers to interrogatories for jurisdictional discovery on the public docket. The Letter is annexed hereto as Exhibit A for the Court's convenience.

Respectfully submitted,


/s/ *Michael P. O'Mullan*

Michael P. O'Mullan


cc:  All counsel via ECF.