# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>EQUIMINE, INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 1:24-cv-04261 |
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>MELISSA DATA CORPORATION, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:24-cv-04292 |
| ATLAS DATA PRIVACY CORPORATION, *et al.*<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>GREENFLIGHT VENTURE CORPORATION, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:25-cv-01517 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>INNOVATIVE WEB SOLUTIONS, LLC, *et al.*,<br><br>  Defendants. | Case No. 1:25-cv-01535 |

## PLAINTIFFS' MOTION TO COMPEL
## AND FOR RELIEF UNDER FED. R. CIV. P. 37

**PLEASE TAKE NOTICE** that pursuant to Rule 37 of the Federal Rules of Civil Procedure, Plaintiffs Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*, Jane Doe-1, *a law enforcement officer*, Jane Doe-2, *a law enforcement officer*, Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan, Peter Andreyev, and William Sullivan (collectively "Plaintiffs" or "Atlas") hereby moves for entry of an Order:

   i. Compelling defendants Equimine, Inc., Melissa Data Corporation, and Innovative Web Solutions, LLC to sit for a supplemental deposition of 2.5 hours to answer relevant questions and to pay for the costs of the stenographer and the transcript for the deposition; and

   ii. Compelling defendant Greenflight Venture Corporation to sit for a supplemental 5-hour deposition and to pay the costs of the stenographer,

1

transcript and $2,500 for the attorneys' fees incurred for the improperly terminated deposition.

**PLEASE TAKE FURTHER NOTICE** that this motion is based on the accompanying Memorandum of Law, Certification of Jessica A. Merejo, and exhibits thereto.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Dated: January 14, 2026

Respectfully submitted,

**PEM LAW LLP**

By: /s/ *Rajiv D. Parikh*
　　　Rajiv D. Parikh

Rajiv D. Parikh
Kathleen Barnett Einhorn
Jessica A. Merejo
1 Boland Dr., Suite 101
West Orange, New Jersey 07052
Telephone: (973) 557-5700
Email: rparikh@pemlawfirm.com
　　　　keinhorn@pemlawfirm.com
　　　　jmerejo@pemlawfirm.com

**BIRD MARELLA RHOW LINCENBERG DROOKS NESSIM LLP**
Ekwan E. Rhow (admitted *pro hac vice*)
Elliot C. Harvey Schatmeier (admitted *pro hac vice*)
Bill L. Clawges (admitted *pro hac vice*)
1875 Century Park East, 23rd Fl
Los Angeles, California 90067

2

Telephone: (310) 201-2100
Email: erhow@birdmarella.com
ehs@birdmarella.com
bclawges@birdmarella.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of January, 2026, I electronically filed a true and complete copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing.

                                      /s/ *Jessica A. Merejo*
                                        Jessica A. Merejo