```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY            :     CIVIL ACTION
CORPORATION, et al.           :
                              :
     v.                       :
                              :
EQUIMINE, INC., et al.        :     NO. 24-4261
_____

ATLAS DATA PRIVACY            :     CIVIL ACTION
CORPORATION, et al.           :
                              :
     v.                       :
                              :
MELISSA DATA CORP., et al.    :     NO. 24-4292
_____

ATLAS DATA PRIVACY            :     CIVIL ACTION
CORPORATION, et al.           :
                              :
     v.                       :
                              :
INNOVATIVE WEB SOLUTIONS,     :     NO. 25-1535
LLC, et al.                   :
```

ORDER

AND NOW, this 5th day of February 2026, it is hereby ORDERED that:

(1)  The motion of plaintiffs to compel personal jurisdiction discovery and for relief under Rule 37 of the Federal Rules of Civil Procedure is DENIED.

(2)  Plaintiffs shall file any briefs responsive to defendants' motions to dismiss for lack of personal jurisdiction on or before February 20, 2026.

   (3) Defendants shall file any reply briefs on or before March 2, 2026.

          BY THE COURT:


          /s/  Harvey Bartle III
                     J.