IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| EQUIMINE, INC., et al. | : | NO. 24-4261 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| MELISSA DATA CORP., et al. | : | NO. 24-4292 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| INNOVATIVE WEB SOLUTIONS, LLC, et al. | : | NO. 25-1535 |

### ORDER

AND NOW, this 11th day of March 2026, pursuant to the letter request of defendant Equimine, Inc., it is hereby ORDERED that the Clerk of Court place the following documents under temporary seal:

    (1)  Doc. # 91 filed in 24-4261;

    (2)  Doc. # 99 filed 24-4292; and

    (3)  Doc. # 56 filed 25-1535.

BY THE COURT:

/s/ Harvey Bartle III
                   J.