## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and PETER ANDREYEV, <br><br> Plaintiffs, <br><br> v. <br><br> MELISSA DATA CORP, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities, <br><br> Defendants. | Civil Action No. 1:24-cv-04292-HB <br><br> Hon. Harvey Bartle, III <br><br> Electronically Filed <br><br> Return Date: April 20, 2026 <br><br> **NOTICE OF MOTION TO SEAL** |

TO: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on April 20, 2026, or as soon thereafter as counsel may be heard, Defendant Melissa Data Corporation ("Defendant" or "Melissa"), will appear before the Honorable Harvey Bartle, III, U.S.D.J., at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, and will move this Court pursuant to Local Civil Rule 5.3(c), for an Order to Seal the following documents as set forth in the Index attached hereto as Exhibit A to the Declaration of Omar Marouf:

1.      Plaintiffs' Opposition to the Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction [ECF No. 99] on this Docket.

2.      The transcript of the Rule (30)(b)(6) Deposition of Melissa occurring on December 18, 2025, which was filed as Exhibit B to Declaration of Jessica Mejiero, Esq.  filed in connections with Plaintiffs' opposition to the Motion to Dismiss of Lack of Personal Jurisdiction (ECF No. 100 [Exhibit B]) on this Docket.

3.      ECF No. 91 and Exhibit B to ECF No. 92 on the docket of Civil Action No. 24-cv-4261.

4.      ECF No. 56 and Exhibit B to ECF 57 on the docket of Civil Action No. 25-cv-1535.

5.      Exhibits 1-3 to the Declaration of Omar Marouf, Esq. filed in connection with Melissa's reply submission (ECF Nos. 102-1, 102-2 and 102-3).

6.      Exhibits 3-5 to the Declaration of Omar Marouf, Esq. filed in connection with Melissa's reply submission (ECF Nos. 102-4, and 102-5).

**PLEASE TAKE FURTHER NOTICE** that Defendant shall rely upon the accompanying Declaration of John Melissa, Jr., the Declaration of Omar Marouf, Esq. and all other papers submitted herewith, including the Proposed Findings of Fact and Conclusions of Law.

**PLEASE TAKE FURTHER NOTICE** a proposed form of Order is incorporated into the Proposed Findings of Fact and Conclusions of Law.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs take no position with respect to Melissa's purported confidential material and do not oppose this Motion.

Dated: March 16, 2026

Respectfully Submitted,
**RIKER DANZIG LLP**

By:     /s/ *Omar Marouf*
Omar Marouf
7 Giralda Farms, Suite 250
Madison, NJ 07940-1051
Tel: (973) 538-0800
Email: MOMullan@RIKER.com
            Omarouf@RIKER.com
*Attorneys for Defendant Melissa Data Corporation*