IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| QUANTARIUM ALLIANCE, LLC, et al. | : | NO. 24-4098 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| EQUIMINE, INC., et al. | : | NO. 24-4261 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| MELISSA DATA CORP., et al. | : | NO. 24-4292 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| NUWBER, INC. et al. | : | NO. 24-4609 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| SPY DIALER, INC., et al. | : | NO. 24-11023 |

```
ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.            :
                               :
        v.                     :
                               :
INNOVATIVE WEB SOLUTIONS, LLC, :        NO. 25-1535
et al.                         :
```

```
ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.            :
                               :
        v.                     :
                               :
PUBLICNSA, LLC, et al.         :        NO. 25-5989
```

```
ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.            :
                               :
        v.                     :
                               :
TRUE SOFTWARE SCANDINAVIA AB,  :        NO. 25-7650
et al.                         :
```

ORDER

AND NOW, this 18th day of March 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1)  The motions of defendants Quantarium Alliance, LLC and Quantarium Group, LLC (Civil Action No. 24-4098), Equimine, Inc. (Civil Action No. 24-4261), Melissa Data Corporation (Civil Action No. 24-4292), Nuwber, Inc. (Civil Action No. 24-4609), Spy Dialer, Inc. (Civil Action No. 24-11023), Innovative Web Solutions, LLC (Civil Action No. 25-1535), and PublicNSA, LLC (Civil Action No. 25-5989) to dismiss

-2-

-3-

for lack of specific personal jurisdiction under Rule 12(b)(2)

of the Federal Rules of Civil Procedure are DENIED; and

(2)  The motion of defendant True Software Scandinavia

AB (Civil Action No. 25-7650) to dismiss for lack of specific

personal jurisdiction under Rule 12(b)(2) of the Federal Rules

of Civil Procedure is GRANTED.

BY THE COURT:


/s/  Harvey Bartle III
                                              J.