UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Minutes of Proceedings

**OFFICE:** CAMDEN                          **PROCEEDING DATE**: May 19, 2026
**JUDGE  HARVEY BARTLE III**
Court Reporter: Kori DiMattia


**TITLE OF CASE:**                          **DOCKET #:** 1:24-cv-4292 (HB)
ATLAS DATA PRIVACY CORPORATION, et al.
v.
MELISSA DATA CORP., et al


**APPEARANCES:**
SEE ATTACHED LIST


**NATURE OF PROCEEDINGS: STATUS CONFERENCE**

In Person Status Conference held on the record.

Time Commenced: 10:00 a.m.
Time Adjourned:    10:42 a.m.
Total Time: 1 Minutes

                                   s/ Ivannya Fitzgerald
                                      Deputy Clerk