UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Minutes of Proceedings**

**OFFICE:** CAMDEN                    **PROCEEDING DATE**: June 29, 2026
**JUDGE  HARVEY BARTLE III**
Court Reporter: Kimberly Wilson


**TITLE OF CASE:**                    **DOCKET #:** 1:24-cv-4292 (HB)
ATLAS DATA PRIVACY CORPORATION, et al.
v.
MELISSA DATA CORP., et al


**APPEARANCES:**
SEE ATTACHED LIST


**NATURE OF PROCEEDINGS:** STATUS CONFERENCE

In Person Status Conference held on the record.


Time Commenced: 10:01 a.m.
Time Adjourned:    11:21 a.m.
**Total Time**: 1 Minutes

                                        s/ Ivannya Fitzgerald
                                            **DEPUTY CLERK**