

**Michael P. O'Mullan**
Managing Partner

<u>Direct</u>:
t: 973.451.8477
f: 973.538.1984
momullan@riker.com

7 Giralda Farms, Suite 250
Madison, NJ 07940-1051

July15, 2026

<u>**Via ECF**</u>

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:  Atlas Data Privacy Corporation, et al., v. Melissa Data Corp., et al., Case No. 1:24-cv-04292**
**Joinder in Defendants' Motion for Reconsideration of June 30, 2026 Order**

Dear Judge Bartle:

This firm represents defendant Melissa Data Corporation ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins the Defendants' Consolidated Motion for Reconsideration of the June 30, 2026 Order (the "Motion"), which was filed on July 14, 2026 by defendant DM Group, Inc, in the action captioned as <u>Atlas Data Privacy Corporation, et al. v. DM Group, Inc, et al.</u>, Civil Action No. 1:24-cv-4075. For the reasons set forth therein, Defendant respectfully requests that the Court grant the motion and vacate the June 30, 2026 Order.

We thank Your Honor for your courtesies and attention to this matter.

Respectfully submitted,

<u>/s/ *Michael P. O'Mullan*</u>

Michael P. O'Mullan

cc: All counsel via ECF.