Riker Danzig LLP
ATTORNEYS AT LAW

**Omar Marouf**
Attorney

Direct:
t: 973.451.8465
f: 973.538.1984
omarouf@RIKER.com
7 Giralda Farms, Suite 250
Madison, NJ 07940-1051

September 8, 2026

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re: *Atlas Data Privacy Corporation, et al., v. Melissa Data Corp., et al.,* Case No. 1:24-cv-04292
**Letter in Opposition to Plaintiffs' Motion to Compel**

Dear Judge Bartle:

Our office represents Defendant Melissa Data Corp. ("Melissa") in the above-captioned action. Please accept this letter, in lieu of a more formal submission, in response to Plaintiffs' motion to compel an ESI Conference (Dkt.134). Melissa respectfully requests that the part of Plaintiffs' motion seeking to compel Melissa to participate in the ESI Conference should be denied as moot. Melissa has advised Plaintiffs, through counsel, that it has no objection to participating in an ESI Conference and has provided specific dates for the conference this week.

As the Court is aware, the New Jersey Supreme Court ("NJSC") issued its opinion on the certified question from the Third Circuit on August 12, 2026. In light of the opinion, on August 14, 2026, the defendants (including Melissa) in the Daniel's Law litigations submitted a letter requesting a stay of all the actions from the Court. On August 20, 2026, Plaintiffs similarly requested a stay from this Court seeking to stay all the deadlines related to the issuance of written discovery

requests and responses as set forth in the Court's July 30, 2026 Order (Dkt. 130) for 90 days (Dkt. 132). Plaintiffs also requested that the parties continue to conduct ESI Conferences during said 90 days (Id.) On August 26, 2026, the Court issued an order denying defendants' stay request (Dkt. 133). Plaintiffs filed their motion on August 28, 2026, seeking to compel Melissa participate in an ESI Conference (Dkt. 134). In light of the Court's denial of the stay requests, Melissa does not have any objection to participating in the ESI Conference and advised Plaintiffs' counsel of same as well as suggested its availability this week for the ESI Conference. Melissa also requested that Plaintiffs withdraw the part of their motion seeking to compel Melissa to participate in the ESI Conference Melissa has not heard back from Plaintiffs' counsel regarding the suggested dates, which necessitated this letter submission to advise the Court that the part of Plaintiffs' motion seeking to compel the ESI Conference as to Melissa should be denied as moot.

Melissa has no objection to the part of Plaintiffs' motion seeking to extend the discovery deadlines by 14 days.

Accordingly, Melissa respectfully requests that Plaintiffs' motion to compel an ESI Conference be denied as moot but has no objection to Plaintiffs' request to extend the discovery deadlines.

Respectfully submitted,

*Omar Marouf*

Omar Marouf, Esq.