Riker Danzig LLP

ATTORNEYS AT LAW

**Omar Marouf**
Attorney

Direct:
t: 973.451.8465
f: 973.538.1984
omarouf@RIKER.com
7 Giralda Farms, Suite 250
Madison, NJ 07940-1051

October 28, 2026

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re: *Atlas Data Privacy Corporation, et al., v. Melissa Data Corp., et al.,* Case No. 1:24-cv-04292

Dear Judge Bartle:

This firm represents Defndant Melissa Data Corporation ("Defendant") in the above-captioned matter. We write, with consent of Plaintiffs' counsel, to respectfully request a three-week extension of time for Defendant to file their response to Plaintiffs' Motion to Amend the Complaint (ECF 140) from November 2, 2026, to November 23, 2026. The request is made to accommodate counsel scheduling and in light of the Court's deadline for Defendant to serve discovery responses to Plaintiffs' discovery demands by November 3, 2026. We respectfully request just this three-week extension to submit the response, and as noted, Plaintiffs' counsel has courteously consented to the same. We appreciate the Court's consideration and, under these circumstances, respectfully ask that it "so order" this letter-request.

Respectfully submitted,

cc: All Counsel of record via ECF

Respectfully submitted,

*Omar Marouf*
Omar Marouf