IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MELISSA DATA CORP. et al. | : | NO. 24-4292 |

ORDER

AND NOW, this 29th day of October 2026, it is hereby ORDERED that the letter request of defendant Melissa Data Corporation for an extension of time to file its response to the motion of plaintiffs to amend the complaint is GRANTED. Defendant shall file its response on or before November 23, 2026.

BY THE COURT:

/s/ Harvey Bartle III
J.