IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION et al.<br><br>v.<br><br>YARDI SYSTEMS, INC. et al. | :<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br>NO. 24-4103 |
| ATLAS DATA PRIVACY CORPORATION et al.<br><br>v.<br><br>THOMSON REUTERS CORPORATION et al. | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br>NO. 24-4269 |
| ATLAS DATA PRIVACY CORPORATION et al.<br><br>v.<br><br>MELISSA DATA CORP. et al. | :<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br>NO. 24-4292 |
| ATLAS DATA PRIVACY CORPORATION et al.<br><br>v.<br><br>COMPACT INFORMATION SYSTEMS, LLC et al. | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br>NO. 24-8451 |

ORDER

AND NOW, this 3rd day of November 2026, it is hereby ORDERED that:

(1) the joint letter request of the parties to extend the briefing schedule is GRANTED;

(2) Defendants shall file any briefs responsive to plaintiffs’ motions for leave to amend their complaints on or before November 23, 2026; and

(3) Plaintiffs shall file any reply briefs on or before December 14, 2026.

BY THE COURT:

/s/ Harvey Bartle III
J.